Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISS LAW**
611 Wilshire Blvd., Suite 808
Los Angeles, CA 90017
Telephone: 310/208-2800
Facsimile:  310/209-2348

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANA LAUFER,<br><br>           Plaintiff,<br><br>     vs.<br><br>VMWARE, INC., NICOLE ANASENES, ANTHONY BATES, MARIANNE BROWN, MICHAEL BROWN, MICHAEL DELL, KENNETH DENMAN, EGON DURBAN, KAREN DYKSTRA, RANGARAJAN RAGHURAM, and PAUL SAGAN,<br><br>           Defendants. | Case No.<br><br>**COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>JURY TRIAL DEMANDED |

Plaintiff Chana Laufer ("Plaintiff"), upon information and belief, including an examination and inquiry conducted by and through her counsel, except as to those allegations pertaining to Plaintiff, which are alleged upon personal belief, alleges the following for her Complaint:

### NATURE OF THE ACTION

This is an action brought by Plaintiff against VMware, Inc. ("VMware" or the "Company") and the members of VMware's Board of Directors (the "Board" or the "Individual Defendants") for their violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§ 78n(a), 78t(a), and U.S. Securities and Exchange Commission ("SEC") Rule 14a-9, 17 C.F.R. § 240.14a-9, and to enjoin the vote on a proposed transaction, pursuant to which VMware will be acquired by Broadcom Inc. ("Broadcom") through VMware's subsidiaries Verona Holdco, Inc. ("Holdco") and Verona Merger Sub, Inc. ("Merger Sub 1"), and Broadcom's subsidiaries Barcelona Merger Sub 2, Inc. ("Merger Sub 2") and Barcelona Merger Sub 3, LLC ("Merger Sub 3") (the "Proposed Transaction").

2.      On May 26, 2022, VMware and Broadcom issued a joint press release announcing entry into an Agreement and Plan of Merger, dated May 26, 2022 (the "Merger Agreement"), to sell VMware to Broadcom.  Under the terms of the Merger Agreement, for each share of VMware common stock they own, VMware stockholders will have the right to receive, at their election, either (i) $142.50 per share in cash, or (ii) 0.25200 shares of Broadcom common stock.  The Proposed Transaction is valued at approximately $61 billion.

3.      On July 15, 2022, VMware filed a Form S-4 Registration Statement (and, as amended on August 26, 2022, the "Registration Statement") with the SEC.  The Registration Statement, which recommends that VMware stockholders vote in favor of the Proposed Transaction, omits or misrepresents material information concerning the data and inputs underlying the financial valuation analyses that support the fairness opinions provided by the Company's financial advisors Goldman Sachs & Co. LLC ("Goldman Sachs") and J.P. Morgan Securities LLC ("J.P. Morgan").  Defendants authorized the issuance of the false and misleading Registration Statement in violation of Sections 14(a) and 20(a) of the Exchange Act.

4. In short, unless remedied, VMware's public stockholders will be irreparably harmed because the Registration Statement's material misrepresentations and omissions prevent them from making a sufficiently informed voting or appraisal decision on the Proposed Transaction. Plaintiff seeks to enjoin the stockholder vote on the Proposed Transaction unless and until such Exchange Act violations are cured.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over the claims asserted herein for violations of Sections 14(a) and 20(a) of the Exchange Act and Rule 14a-9 promulgated thereunder pursuant to Section 27 of the Exchange Act, 15 U.S.C. § 78aa, and 28 U.S.C. §1331 (federal question jurisdiction).

6. The Court has jurisdiction over defendants because each defendant is either a corporation that conducts business in and maintains operations in this District, or is an individual who has sufficient minimum contacts with this District to render the exercise of jurisdiction by this Court permissible under traditional notions of fair play and substantial justice.

7. Venue is proper in this District under Section 27 of the Exchange Act, 15 U.S.C. § 78aa, as well as under 28 U.S.C. § 1391 because: (i) the Company is headquartered in this District; (ii) one or more of the defendants either resides in or maintains executive offices in this District; and (iii) defendants have received substantial compensation in this District by doing business here and engaging in numerous activities that had an effect in this District.

## THE PARTIES

8. Plaintiff is, and has been at all times relevant hereto, a continuous stockholder of VMware.

9. Defendant VMware is a Delaware corporation, with its principal executive offices located at 3401 Hillview Avenue, Palo Alto, California 94304. The Company provides software solutions in the areas of modern applications, cloud management and infrastructure, networking,

security, and digital workspaces in the United States and internationally. VMware's common stock trades on the New York Stock Exchange under the ticker symbol "VMW."

10. Defendant Nicole Anasenes ("Anasenes") has been a director of the Company since 2022.

11. Defendant Anthony Bates ("Bates") has been a director of the Company since 2016.

12. Defendant Marianne Brown ("Marianne Brown") has been a director of the Company since 2019.

13. Defendant Michael Brown ("Michael Brown") has been a director of the Company since 2007.

14. Defendant Michael Dell ("Dell") is Chairman of the Board and has been a director of the Company since 2016.

15. Defendant Kenneth Denman ("Denman") has been a director of the Company since 2021.

16. Defendant Egon Durban ("Durban") has been a director of the Company since 2016.

17. Defendant Karen Dykstra ("Dykstra") has been a director of the Company since 2016.

18. Defendant Rangarajan Raghuram ("Raghuram") has been Chief Executive Officer ("CEO") and a director of the Company since June 1, 2021.

19. Defendant Paul Sagan ("Sagan") is Lead Independent Director and has been a director of the Company since 2014.

20. Defendants identified in paragraphs 10-19 are referred to herein as the "Board" or the "Individual Defendants."

**OTHER RELEVANT ENTITIES**

21. Broadcom is a global technology leader that designs, develops and supplies a broad range of semiconductor and infrastructure software solutions. Broadcom's category-leading product

portfolio serves critical markets including data center, networking, enterprise software, broadband, wireless, storage and industrial. Broadcom's solutions include data center networking and storage, enterprise, mainframe and cyber security software focused on automation, monitoring and security, smartphone components, telecoms and factory automation.

22. Holdco is a Delaware corporation and a wholly owned subsidiary of VMware.

23. Merger Sub 1 is a Delaware corporation and a wholly owned subsidiary of Holdco.

24. Merger Sub 2 is a Delaware corporation and a wholly owned subsidiary of Broadcom.

25. Merger Sub 3 is a Delaware limited liability company and a wholly owned subsidiary of Broadcom.

**SUBSTANTIVE ALLEGATIONS**

**Background of the Company**

26. VMware is a leading provider of multi-cloud services for all apps, enabling digital innovation with enterprise control. VMware originally pioneered the development and application of virtualization technologies with x86 server-based computing, separating application software from the underlying hardware, and then evolved to become the private cloud and mobility management leader. VMware is focused on becoming a multi-cloud leader, aiming to help organizations take on information technology-related challenges through a multi-cloud strategy by providing the multi-cloud platform for all applications.

27. The Company's offerings include VMware Tanzu, a portfolio of products and services for modernizing applications and infrastructure, which enables customers to deliver better software to production, continuously. The portfolio enables customers to build, run and manage modern applications on any cloud and simplifies the use of Kubernetes, an open-source platform for managing containers, in a multi-cloud environment. VMware's cloud management products help customers manage multi-cloud environments running a range of workloads, including virtual machines and

containers. VMware Cloud Management offerings optimize cloud usage and costs; automate the deployment, management and migration of applications and data; improve cloud security and compliance; and monitor application and cloud infrastructure. The Company's Cloud Infrastructure solutions include infrastructure products and services that enable customers to connect to multiple clouds and create a common operating environment, based on VMware Cloud Foundation, extending from on-premises data centers to the cloud and to the edge. VMware also offers a complete portfolio of Layer 2-7 virtual networking and security solutions that deliver innovative software-based capabilities for switching, routing, firewalling, intrusion prevention and intrusion detection systems, network detection and response, load balancing, service mesh and SD-WAN for enterprise and Telco environments.

28. On August 25, 2022, VMware announced its fiscal year 2023 second quarter financial results and business developments. Revenue for the second quarter was $3.34 billion, an increase of 6% from the second quarter of fiscal 2022. The combination of subscription and software as a service ("SaaS") and license revenue was $1.74 billion for the second quarter, an increase of 15% from the second quarter of fiscal 2022. Subscription and SaaS revenue for the second quarter was $943 million, an increase of 22% year-over-year, constituting 28% of total revenue for the quarter. Subscription and SaaS ARR for the second quarter was $3.89 billion, an increase of 24% year-over-year. GAAP operating income for the second quarter was $566 million, an increase of 8% from the second quarter of fiscal 2022. RPO for the second quarter totaled $12.10 billion, up 8% year-over-year. Reflecting on the Company's results, defendant Raghuram stated:

> We are pleased with our performance in Q2. Our momentum continues next week at VMware Explore where we will showcase new innovative offerings while also highlighting how we are helping customers continue to transform their businesses. We remain committed to helping organizations unlock the full potential of multi-cloud.

**The Proposed Transaction**

29. On May 26, 2022, VMware issued a joint press release announcing the Proposed Transaction. The press release states, in relevant part:

> SAN JOSE and PALO ALTO, Calif., May 26, 2022 /PRNewswire/ -- Broadcom Inc. (NASDAQ: AVGO), a global technology leader that designs, develops and supplies semiconductor and infrastructure software solutions, and VMware, Inc. (NYSE: VMW), a leading innovator in enterprise software, today announced an agreement under which Broadcom will acquire all of the outstanding shares of VMware in a cash-and-stock transaction that values VMware at approximately $61 billion, based on the closing price of Broadcom common stock on May 25, 2022. In addition, Broadcom will assume $8 billion of VMware net debt.
>
> VMware, a leading provider of multi-cloud services for all apps, pioneered virtualization technology, an innovation that positively transformed x86 server-based computing. VMware then created the software-defined data center and played a leading role in virtualizing networking and storage, before evolving to become a hybrid cloud and digital workspace leader. Today, VMware's multi-cloud portfolio, spanning application modernization, cloud management, cloud infrastructure, networking, security and anywhere workspaces, forms a flexible, consistent digital foundation on which the largest and most dynamic enterprises across industries build, run, manage, connect and protect their most important and complex workloads for the benefit of their customers.
>
> Following the closing of the transaction, the Broadcom Software Group will rebrand and operate as VMware, incorporating Broadcom's existing infrastructure and security software solutions as part of an expanded VMware portfolio.
>
> By bringing together the complementary Broadcom Software portfolio with the leading VMware platform, the combined company will provide enterprise customers an expanded platform of critical infrastructure solutions to accelerate innovation and address the most complex information technology infrastructure needs. The combined solutions will enable customers, including leaders in all industry verticals, greater choice and flexibility to build, run, manage, connect and protect applications at scale across diversified, distributed environments, regardless of where they run: from the data center, to any cloud and to edge-computing. With the combined company's shared focus on technology innovation and significant research and development expenditures, Broadcom will deliver compelling benefits for customers and partners.
>
> Hock Tan, President and Chief Executive Officer of Broadcom, said, "Building upon our proven track record of successful M&A, this transaction combines our leading semiconductor and infrastructure software businesses with an iconic pioneer and innovator in enterprise software as we reimagine what we can deliver to customers as a leading infrastructure technology company. We look forward to VMware's talented team joining Broadcom, further cultivating a shared culture of innovation and driving

even greater value for our combined stakeholders, including both sets of shareholders."

Raghu Raghuram, Chief Executive Officer of VMware, said, "VMware has been reshaping the IT landscape for the past 24 years, helping our customers become digital businesses. We stand for innovation and unwavering support of our customers and their most important business operations and now we are extending our commitment to exceptional service and innovation by becoming the new software platform for Broadcom. Combining our assets and talented team with Broadcom's existing enterprise software portfolio, all housed under the VMware brand, creates a remarkable enterprise software player. Collectively, we will deliver even more choice, value and innovation to customers, enabling them to thrive in this increasingly complex multi-cloud era."

Tom Krause, President of the Broadcom Software Group, said, "VMware has long been recognized for its enterprise software leadership, and through this transaction we will provide customers worldwide with the next generation of infrastructure software. VMware's platform and Broadcom's infrastructure software solutions address different but important enterprise needs, and the combined company will be able to serve them more effectively and securely. We have deep respect for VMware's customer focus and innovation track record, and look forward to bringing together our two organizations."

Michael Dell, Chairman of the VMware Board, said, "Together with Broadcom, VMware will be even better positioned to deliver valuable, innovative solutions to even more of the world's largest enterprises. This is a landmark moment for VMware and provides our shareholders and employees with the opportunity to participate in meaningful upside."

The transaction is expected to add approximately $8.5 billion of pro forma EBITDA from the acquisition within three years post-closing. Pro forma for each company's fiscal year 2021, software revenue is expected to account for approximately 49% of total Broadcom revenue.

**Transaction Details and Path to Completion**

Under the terms of the agreement, which has been unanimously approved by the boards of directors of both companies, VMware shareholders will elect to receive either $142.50 in cash or 0.2520 shares of Broadcom common stock for each VMware share. The shareholder election will be subject to proration, resulting in approximately 50% of VMware's shares being exchanged for cash consideration and 50% being exchanged for Broadcom common stock. Based on the closing price of Broadcom common stock on May 25, 2022, the total $138.23 per-share consideration represents a 44% premium to the closing price of VMware common stock on May 20, 2022, the last trading day prior to media speculation regarding a potential transaction, and a 32% premium to VMware's unaffected 30-day volume weighted average price (VWAP). Upon closing of the transaction, based on the outstanding shares of each company as of the date hereof, current Broadcom shareholders will own approximately 88% and

current VMware shareholders will own approximately 12% of the combined company on a fully diluted basis.

Michael Dell and Silver Lake, which own 40.2% and 10% of VMware shares outstanding, respectively, have signed support agreements to vote in favor of the transaction, so long as the VMware Board continues to recommend the proposed transaction with Broadcom.

In connection with the transaction, Broadcom obtained commitments from a consortium of banks for $32 billion in new, fully committed debt financing.

Broadcom expects to maintain its current dividend policy of delivering 50% of its prior fiscal year free cash flow to shareholders. Broadcom expects to maintain an investment grade rating, given its strong cash flow generation and intention to rapidly de-lever.

The transaction, which is expected to be completed in Broadcom's fiscal year 2023, is subject to the receipt of regulatory approvals and other customary closing conditions, including approval by VMware shareholders.

The merger agreement provides for a "go-shop" provision under which VMware and its Board of Directors may actively solicit, receive, evaluate and potentially enter negotiations with parties that offer alternative proposals during a 40-day period following the execution date of the definitive agreement, expiring at 11:59 p.m. Pacific Time on July 5, 2022. There can be no assurance this process will result in a superior proposal. VMware does not intend to disclose developments about this process unless and until its Board of Directors has made a decision with respect to any potential superior proposal.

**Broadcom Second Quarter 2022 Results and Third Quarter Fiscal Year 2022 Business Outlook**

In a separate press release issued today, Broadcom reported results for its second quarter of fiscal year 2022, ended May 1, 2022, and provided guidance for the third quarter of its fiscal year 2022.

The Broadcom Board of Directors also has authorized a new share repurchase program to repurchase up to $10 billion of its common stock through December 31, 2023. This new share repurchase authorization is in addition to the share repurchase program authorized in December 2021, under which Broadcom may repurchase the current remaining $3 billion of common stock through December 31, 2022. Repurchases under the new share repurchase authorization may be made through a variety of methods, including open market or privately negotiated purchases. The timing and amount of shares repurchased will depend on the stock price, business and market conditions, corporate and regulatory requirements, alternative investment opportunities, acquisition opportunities and other factors. Broadcom is not obligated to repurchase any specific amount of shares of common stock, and the share repurchase program may be suspended or terminated at any time.

Advisors

Barclays Capital Inc., BofA Securities, Inc., Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Morgan Stanley & Co. LLC and Wells Fargo Securities, LLC are serving as financial advisors to Broadcom.  Wachtell, Lipton, Rosen & Katz and O'Melveny & Myers LLP are serving as legal counsel to Broadcom, and Cleary Gottlieb Steen & Hamilton LLP is serving as regulatory counsel.

Goldman Sachs & Co. LLC and J.P. Morgan Securities LLC are serving as financial advisors to VMware, and Gibson, Dunn & Crutcher LLP is serving as legal counsel.

**Insiders' Interests in the Proposed Transaction**

30. VMware insiders are the primary beneficiaries of the Proposed Transaction, not the Company's public stockholders.  The Board and the Company's executive officers are conflicted because they will have secured unique benefits for themselves from the Proposed Transaction not available to Plaintiff and the public stockholders of VMware.

31. Notably, certain Company insiders will secure positions for themselves with the combined company.  For example, under the terms of the Merger Agreement, one current member of the VMware board will be appointed to serve on the board of the combined company following consummation of the Proposed Transaction.

32. Moreover, Company insiders stand to reap substantial financial benefits for securing the deal with Broadcom.  Pursuant to the Merger Agreement, upon a qualifying termination in connection with the merger, all outstanding Company restricted stock units and performance-based VMware restricted stock units held by Company insiders will vest and convert into the right to receive cash payments.  The estimated aggregate value of the unvested VMware equity awards held by non-employee directors is $2,071,683.  The following table summarizes the value of equity awards that VMware's named executive officers stand to receive upon a qualifying termination in connection with the merger:

COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

| Name | VMware Time-Based Restricted Stock Units ($) | VMware Performance-Based Restricted Stock Units ($) | Total ($) |
|---|---|---|---|
| Raghu Raghuram | $15,973,621 | $30,536,546 | $46,510,167 |
| Zane Rowe | $15,857,971 | $28,959,985 | $44,817,956 |
| Sumit Dhawan | $11,584,254 | $9,997,677 | $21,581,931 |
| Jean-Pierre Brulard | $10,768,460 | $10,703,155 | $21,471,615 |
| Amy Fliegelman Olli | $9,408,889 | $9,503,075 | $18,911,964 |

33. Moreover, if they are terminated in connection with the Proposed Transaction, VMware's named executive officers stand to receive substantial cash severance payments in the form of golden parachute compensation, as set forth in the following table:

| Name | Cash ($)(1) | Equity ($)(2) | Total ($) |
|---|---|---|---|
| Raghu Raghuram | $6,070,797 | $46,510,167 | $52,580,964 |
| Zane Rowe | $2,921,847 | $44,817,956 | $47,739,803 |
| Sumit Dhawan | $2,868,904 | $21,581,931 | $24,450,835 |
| Jean-Pierre Brulard | $2,436,015 | $21,471,615 | $23,907,630 |
| Amy Fliegelman Olli | $1,997,328 | $18,911,964 | $20,909,292 |

***The Registration Statement Contains Material Misstatements or Omissions***

34. The defendants filed a materially incomplete and misleading Registration Statement with the SEC and disseminated it to VMware's stockholders. The Registration Statement misrepresents or omits material information that is necessary for the Company's stockholders to make an informed decision whether to vote in favor of the Proposed Transaction or seek appraisal.

35. Specifically, as set forth below, the Registration Statement fails to provide Company stockholders with material information or provides them with materially misleading information concerning the data and inputs underlying the financial valuation analyses that support the fairness opinions provided by Goldman Sachs and J.P. Morgan.

***Material Omissions Concerning Goldman Sachs's and J.P. Morgan's Financial Analyses***

36. The Registration Statement omits material information regarding Goldman Sachs's and J.P. Morgan's financial analyses.

37. The Registration Statement describes Goldman Sachs's and J.P. Morgan's fairness opinions, and the various valuation analyses they performed in support of their opinions. However, the descriptions of Goldman Sachs's and J.P. Morgan's fairness opinions and analyses fail to include key inputs and assumptions underlying these analyses. Without this information, as described below, VMware's public stockholders are unable to fully understand these analyses and, thus, are unable to determine what weight, if any, to place on Goldman Sachs's and J.P. Morgan's fairness opinions in determining whether to vote in favor of the Proposed Transaction or seek appraisal.

38. With respect to Goldman Sachs's *Illustrative Discounted Cash Flow Analysis*, the Registration Statement fails to disclose: (i) quantification of the inputs and assumptions underlying the discount rates of 7.5% to 8.5% used in the analysis; (ii) quantification of the terminal value; (iii) VMware's total debt, cash, cash equivalents and strategic investments as of April 29, 2022; and (iv) the fully diluted outstanding shares of VMware used in the analysis.

39. With respect to Goldman's *Illustrative Present Value of Future Share Price Analysis*, the Registration Statement fails to disclose: (i) quantification of the inputs and assumptions underlying the discount rate of 8.5% used in the analysis; (ii) VMware's total debt, cash, cash equivalents and strategic investments as of January 31, 2023, 2024 and 2025; and (iii) the fully diluted outstanding shares of VMware used in the analysis.

40. With respect to J.P. Morgan's *Public Trading Multiples Analysis* for both VMware and Broadcom, the individual multiples and financial metrics for each of the selected companies observed in the analyses.

41. With respect to J.P. Morgan's *Selected Transaction Multiples Analysis*, the individual multiples and financial metrics for each of the selected transactions observed in the analyses

42. With respect to J.P. Morgan's *Discounted Cash Flow Analysis* of VMware, the Registration Statement fails to disclose: (i) quantification of the inputs and assumptions underlying

the discount rates of 7.5% to 8.5% used in the analysis; (ii) quantification of the terminal value; (iii) quantification VMware's net debt balance; and (iv) the fully diluted outstanding shares VMware.

43. With respect to J.P. Morgan's *Discounted Cash Flow Analysis* of Broadcom, the Registration Statement fails to disclose: (i) quantification of the inputs and assumptions underlying the discount rates of 8.0% to 9.0% used in the analysis; (ii) quantification of the terminal value; (iii) quantification of Broadcom's net debt balance; and (iv) the fully diluted outstanding shares of Broadcom.

44. Without such undisclosed information, VMware stockholders cannot evaluate for themselves whether the financial analyses performed by Goldman Sachs and J.P. Morgan were based on reliable inputs and assumptions or whether they were prepared with an eye toward ensuring that a positive fairness opinion could be rendered in connection with the Proposed Transaction.  In other words, full disclosure of the omissions identified above is required to ensure that stockholders can fully evaluate the extent to which Goldman Sachs's and J.P. Morgan's opinion and analyses should factor into their decision whether to vote in favor of or against the Proposed Transaction or seek appraisal.

45. The omission of this material information renders the statements in the "Opinion of VMware's Financial Advisors" section of the Registration Statement false and/or materially misleading in contravention of the Exchange Act.

46. The Individual Defendants were aware of their duty to disclose the above-referenced omitted information and acted negligently (if not deliberately) in failing to include this information in the Registration Statement.  Absent disclosure of the foregoing material information prior to the stockholder vote on the Proposed Transaction, Plaintiff and the other stockholders of VMware will be unable to make an informed voting or appraisal decision in connection with the Proposed

Transaction and are thus threatened with irreparable harm warranting the injunctive relief sought herein.

## CLAIMS FOR RELIEF

### COUNT I

**Claims Against All Defendants for Violations of Section 14(a) of the Exchange Act and Rule 14a-9 Promulgated Thereunder**

47. Plaintiff repeats all previous allegations as if set forth in full.

48. During the relevant period, defendants disseminated the false and misleading Registration Statement specified above, which failed to disclose material facts necessary to make the statements, considering the circumstances under which they were made, not misleading in violation of Section 14(a) of the Exchange Act and SEC Rule 14a-9 promulgated thereunder.

49. By virtue of their positions within the Company, the defendants were aware of this information and of their duty to disclose this information in the Registration Statement. The Registration Statement was prepared, reviewed, and/or disseminated by the defendants. It misrepresents and/or omits material facts, including material information about the data and inputs underlying the financial valuation analyses that support the fairness opinions provided by Goldman Sachs and J.P. Morgan. The defendants were at least negligent in filing the Registration Statement with these materially false and misleading statements.

50. The omissions and false and misleading statements in the Registration Statement are material in that a reasonable stockholder would consider them important in deciding how to vote on the Proposed Transaction or seek to exercise their appraisal rights.

51. By reason of the foregoing, the defendants have violated Section 14(a) of the Exchange Act and SEC Rule 14a-9(a) promulgated thereunder.

52. Because of the false and misleading statements in the Registration Statement, Plaintiff is threatened with irreparable harm, rendering money damages inadequate. Therefore, injunctive relief is appropriate to ensure defendants' misconduct is corrected.

## COUNT II

**Claims Against the Individual Defendants for
Violations of Section 20(a) of the Exchange Act**

53. Plaintiff repeats all previous allegations as if set forth in full.

54. The Individual Defendants functioned as controlling persons of VMware within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their positions as officers and/or directors of VMware, and participation in and/or awareness of the Company's operations and/or intimate knowledge of the false statements contained in the Registration Statement filed with the SEC, they had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiff contends are false and misleading.

55. Each of the Individual Defendants was provided with or had unlimited access to copies of the Registration Statement and other statements alleged by Plaintiff to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

56. Each of the Individual Defendants had direct and supervisory involvement in the day-to-day operations of the Company, and, therefore, is presumed to have had the power to control or influence the transactions giving rise to the securities violations as alleged herein, and exercised the same. The Registration Statement at issue contains the unanimous recommendation of each of the Individual Defendants to approve the Proposed Transaction. They were, thus, directly involved in the making of the Registration Statement.

57. In addition, as the Registration Statement sets forth at length, and as described herein, the Individual Defendants were each involved in negotiating, reviewing, and approving the Proposed Transaction. The Registration Statement purports to describe the various issues and information that they reviewed and considered—descriptions the Company directors had input into.

58. By virtue of the foregoing, the Individual Defendants have violated Section 20(a) of the Exchange Act.

59. As set forth above, the Individual Defendants had the ability to exercise control over and did control a person or persons who have each violated Section 14(a) and SEC Rule 14a-9, promulgated thereunder, by their acts and omissions as alleged herein. By virtue of their positions as controlling persons, these defendants are liable pursuant to Section 20(a) of the Exchange Act. As a direct and proximate result of defendants' conduct, VMware's stockholders will be irreparably harmed.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands judgment and preliminary and permanent relief, including injunctive relief, in her favor on behalf of VMware, and against defendants, as follows:

A. Preliminarily and permanently enjoining defendants and all persons acting in concert with them from proceeding with, consummating, or closing the Proposed Transaction and any vote on the Proposed Transaction, unless and until defendants disclose and disseminate the material information identified above to VMware stockholders;

B. In the event defendants consummate the Proposed Transaction, rescinding it and setting it aside or awarding rescissory damages to Plaintiff;

C. Declaring that defendants violated Sections 14(a) and/or 20(a) of the Exchange Act, as well as SEC Rule 14a-9 promulgated thereunder;

D. Awarding Plaintiff the costs of this action, including reasonable allowance for

 Plaintiff's attorneys' and experts' fees; and

E. Granting such other and further relief as this Court may deem just and proper.

**JURY DEMAND**

Plaintiff demands a trial by jury on all claims and issues so triable.

Dated: September 9, 2022

**WEISS LAW**
Joel E. Elkins

By: */s/ Joel E. Elkins*

Joel E. Elkins
611 Wilshire Blvd., Suite 808
Los Angeles, CA 90017
Telephone: 310/208-2800
Facsimile: 310/209-2348
-and-
Michael Rogovin
476 Hardendorf Ave. NE
Atlanta, GA 30307
Telephone: 404/692-7910
Facsimile: 212/682-3010

*Attorneys for Plaintiff*

COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS